THE CUDAHY PACKING CO. OF LA. v. LONGO

(April 19, 1930. Opinion and Decree.)
(June 2, 1930. Rehearing Refused.)

Stephen C. Hartel, of New Orleans, attorney for plaintiff, appellee.

Dan Wendling, of New Orleans, attorney for defendant, appellant.

WESTERFIELD, J. This is a suit by a meat packer against a butcher on an open account in the sum of $275.22. The question presented is whether credit was extended to the defendant, Stephen Longo, or to a party by the name of Jones, a tenant of Longo, who was in actual charge of the butcher shop. The lower court held that Longo was responsible for the amount, and, from a consideration of the evidence in the transcript, we are unable to say that this finding was erroneous.

For the reasons assigned, the judgment appealed from is affirmed.